February 2008                                                                                    2008 USBC Central District of California

## United States Bankruptcy Court
### Central District of California

In re  Fernando Lorenzo Contreras                                    Case No. _____
                                        Debtor(s)                    Chapter   7

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, __Fernando Lorenzo Contreras__, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

- ■ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

- ☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

- ☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

- ☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   02/28/2014                      Signature _____
                                                 Fernando Lorenzo Contreras
                                                 Debtor

# Gmail

Fernando Contreras <fernandocontreras1011@gmail.com>

## Payroll Summary 12/06/2013
1 message

**micheller@dialcomm.com** <micheller@dialcomm.com>　　　　　　　　Mon, Dec 9, 2013 at 8:46 AM
To: fernandocontreras1011@gmail.com

Dial Security
760 W Ventura Blvd.
Camarillo, CA 93010

Contreras, Fernando L.　　　　　　Pay Date:　　　　12/06/2013
290 E. El Roblar Drive # 504　　　　Social Security:　　xxx-xx-5726
Meiners Oaks CA 93023　　　　　　Employee Number:　3092
　　　　　　　　　　　　　　　　Department:　　　Dial Security

Period Beginning:　　11/16/2013
Period Ending:　　　 11/30/2013

| Job Code | Class | Category | Income | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Sec Grd | 7721 | Guard/C | Reg Hrly | 84.00 | 10.00 | 840.00 |
| Sec Grd | 7721 | Guard/C | Over 8 | 4.50 | 15.00 | 67.50 |
| Sec Grd | 7721 | Guard/C | Over 10 | 1.00 | 15.00 | 15.00 |
| Sec Grd | 7721 | Guard/C | Hol Wrkd | 4.00 | 15.00 | 60.00 |

| Income | Hours | Rate | Amount | Year-to-Date |
|---|---|---|---|---|
| Holiday Worked | 4.00 | 15.00 | 60.00 | 495.00 |
| Overtime 40 | 1.00 | 15.00 | 15.00 | 435.00 |
| Overtime 8 | 4.50 | 15.00 | 67.50 | 1,140.00 |
| Hourly Wage | 84.00 | 10.00 | 840.00 | 17,457.25 |
| Non-Taxed Reimbursements | | | | 18.75 |
| Totals: | 93.50 | | 982.50 | 19,546.00 |

| Taxes and Deductions | Amount | Year-to-Date |
|---|---|---|
| Federal Income Tax | 41.91 | 645.76 |
| Social Security - Employee | 60.92 | 1,210.75 |
| Medicare - Employee | 14.25 | 283.17 |
| CA Income Tax | 2.27 | 17.63 |
| CA Disability Insurance | 9.83 | 195.32 |
| Guard Card | | 20.00 |
| Guard Uniform | | 30.90 |
| Totals: | 129.18 | 2,403.53 |

| Payment | Number | Amount |
|---|---|---|
| Direct Deposit: | 522507388 | 853.32 |

| Leave | Beginning | Earned | YTD | Used | YTD | Balance |
|---|---|---|---|---|---|---|
| H/Vacation | -31.55 | 1.80 | 36.40 | 0.00 | 0.00 | 4.85 |

**Note**
Please remit time cards promptly or your payroll may be delayed.

Fernando Contreras <fernandocontreras1011@gmail.com>

# Payroll Summary 12/23/2013
1 message

**micheller@dialcomm.com** <micheller@dialcomm.com>  Mon, Dec 23, 2013 at 8:56 AM
To: fernandocontreras1011@gmail.com

Dial Security
760 W Ventura Blvd.
Camarillo, CA 93010

Contreras, Fernando L.
290 E. El Roblar Drive # 504
Meiners Oaks CA 93023

Pay Date: 12/23/2013
Social Security: xxx-xx-5726
Employee Number: 3092
Department: Dial Security

Period Beginning: 12/01/2013
Period Ending: 12/15/2013

| Job Code | Class | Category | Income | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Sec Grd | 7721 | Guard/C | Reg Hrly | 80.50 | 10.00 | 805.00 |
| Sec Grd | 7721 | Guard/C | Over 8 | 6.00 | 15.00 | 90.00 |
| Sec Grd | 7721 | Guard/C | Over 40 | 0.50 | 15.00 | 7.50 |

| Income | Hours | Rate | Amount | Year-to-Date |
|---|---|---|---|---|
| Holiday Worked | | | | 495.00 |
| Overtime 40 | 0.50 | 15.00 | 7.50 | 442.50 |
| Overtime 8 | 6.00 | 15.00 | 90.00 | 1,230.00 |
| Hourly Wage | 80.50 | 10.00 | 805.00 | 18,262.25 |
| Non-Taxed Reimbursements | | | | 18.75 |
| Totals: | 87.00 | | 902.50 | 20,448.50 |

| Taxes and Deductions | Amount | Year-to-Date |
|---|---|---|
| Federal Income Tax | 32.33 | 678.09 |
| Social Security - Employee | 55.96 | 1,266.71 |
| Medicare - Employee | 13.09 | 296.26 |
| CA Income Tax | 0.00 | 17.63 |
| CA Disability Insurance | 9.03 | 204.35 |
| Guard Card | | 20.00 |
| Guard Uniform | | 30.90 |
| Totals: | 110.41 | 2,513.94 |

| Payment | Number | Amount |
|---|---|---|
| Direct Deposit: | 522507388 | 792.09 |

| Leave | Beginning | Earned | YTD | Used | YTD | Balance |
|---|---|---|---|---|---|---|
| H/Vacation | -31.55 | 1.68 | 38.08 | 0.00 | 0.00 | 6.53 |

**Note**
Please remit time cards promptly or your payroll may be delayed.

GMail

Fernando Contreras <fernandocontreras1011@gmail.com>

## Payroll Summary 01/07/2014
1 message

**micheller@dialcomm.com** <micheller@dialcomm.com>　　　　　Wed, Jan 8, 2014 at 9:15 AM
To: fernandocontreras1011@gmail.com

Dial Security
760 W Ventura Blvd.
Camarillo, CA 93010

Contreras, Fernando L.　　　　　　　　Pay Date:　　　　01/07/2014
290 E. El Roblar Drive # 504　　　　　Social Security:　　xxx-xx-5726
Meiners Oaks CA 93023　　　　　　　　Employee Number: 3092
　　　　　　　　　　　　　　　　　　　Department:　　　Dial Security

Period Beginning:　　12/16/2013
Period Ending:　　　 12/31/2013

| Job Code | Class | Category | Income | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Sec Grd | 7721 | Guard/C | Over 8 | 4.00 | 15.00 | 60.00 |
| Sec Grd | 7721 | Guard/C | Reg Hrly | 85.00 | 10.00 | 850.00 |
| Sec Grd | 7721 | Guard/C | Over 40 | 0.50 | 15.00 | 7.50 |

| Income | Hours | Rate | Amount | Year-to-Date |
|---|---|---|---|---|
| Overtime 40 | 0.50 | 15.00 | 7.50 | 7.50 |
| Overtime 8 | 4.00 | 15.00 | 60.00 | 60.00 |
| Hourly Wage | 85.00 | 10.00 | 850.00 | 850.00 |
| Totals: | 89.50 | | 917.50 | 917.50 |

| Taxes and Deductions | Amount | Year-to-Date |
|---|---|---|
| Federal Income Tax | 33.00 | 33.00 |
| Social Security - Employee | 56.89 | 56.89 |
| Medicare - Employee | 13.30 | 13.30 |
| CA Disability Insurance | 9.18 | 9.18 |
| Totals: | 112.37 | 112.37 |

| Payment | Number | Amount |
|---|---|---|
| Direct Deposit: | 522507388 | 805.13 |

| Leave | Beginning | Earned | YTD | Used | YTD | Balance |
|---|---|---|---|---|---|---|
| H/Vacation | 6.53 | 1.73 | 1.73 | 0.00 | 0.00 | 8.26 |

**Note**
Please remit time cards promptly or your payroll may be delayed.

# Gmail

Fernando Contreras <fernandocontreras1011@gmail.com>

## Payroll Summary 01/22/2014
1 message

**micheller@dialcomm.com** <micheller@dialcomm.com>  Wed, Jan 22, 2014 at 8:58 AM
To: fernandocontreras1011@gmail.com

Dial Security
760 W Ventura Blvd.
Camarillo, CA 93010

Contreras, Fernando L.            Pay Date:           01/22/2014
290 E. El Roblar Drive # 504      Social Security:    xxx-xx-5726
Meiners Oaks CA 93023             Employee Number:    3092
                                  Department:         Dial Security

Period Beginning:    01/01/2014
Period Ending:       01/15/2014

| Job Code | Class | Category | Income   | Hours | Rate  | Amount |
|----------|-------|----------|----------|-------|-------|--------|
| Sec Grd  | 7721  | Guard/C  | Reg Hrly | 80.00 | 10.00 | 800.00 |
| Sec Grd  | 7721  | Guard/C  | Over 8   | 4.00  | 15.00 | 60.00  |
| Sec Grd  | 7721  | Guard/C  | Over 40  | 1.00  | 15.00 | 15.00  |

| Income      | Hours | Rate  | Amount | Year-to-Date |
|-------------|-------|-------|--------|--------------|
| Overtime 40 | 1.00  | 15.00 | 15.00  | 22.50        |
| Overtime 8  | 4.00  | 15.00 | 60.00  | 120.00       |
| Hourly Wage | 80.00 | 10.00 | 800.00 | 1,050.00     |
| Totals:     | 85.00 |       | 875.00 | 1,792.50     |

| Taxes and Deductions       | Amount | Year-to-Date |
|----------------------------|--------|--------------|
| Federal Income Tax         | 28.75  | 61.75        |
| Social Security - Employee | 54.25  | 111.14       |
| Medicare - Employee        | 12.69  | 25.99        |
| CA Disability Insurance    | 8.75   | 17.93        |
| Totals:                    | 104.44 | 216.81       |

| Payment        | Number    | Amount |
|----------------|-----------|--------|
| Direct Deposit: | 522507388 | 770.56 |

| Leave      | Beginning | Earned | YTD  | Used | YTD  | Balance |
|------------|-----------|--------|------|------|------|---------|
| H/Vacation | 6.53      | 1.64   | 3.37 | 0.00 | 0.00 | 9.90    |

**Note**
Please remit time cards promptly or your payroll may be delayed.

delete data from boxes